**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUL 11 2017

U.S. MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | 5:17-CR-148-MLC |
| JACOB DOTSON | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**I N F O R M A T I O N**

THE UNITED STATES ATTORNEY CHARGES THAT:

**(Simple Possession of a Controlled Substance)**

On or about July 08, 2017, within the exterior boundaries of Yellowstone National Park, within the District of Wyoming, and within the special maritime and territorial jurisdiction of the United States, the Defendant JACOB DOTSON did knowingly or intentionally possess a controlled substance in violation of 21 U.S.C. § 844, a Class A misdemeanor.

In addition to the probable cause statement which supported violation number 6538806, the search of the vehicle also resulted in the discovery of $20,337 in cash.

Additional controlled substances were found at the campsite shared by JACOB DOTSON and DUSTIN ALVIS. On or about July 09, 2017 at approximately 7:00 P.M., Officer Jeremy PAINTER received a phone call in reference to an overdue party staying at Madison Campground in Yellowstone National Park. JACOB DOTSON and DUSTIN ALVIS were required to check

out of their campsite at 11:00 A.M., but failed to do so. Officer MURRAY accompanied Officer

PAINTER to the campsite. Officer PAINTER immediately smelled marijuana as he walked up to

the tent and saw a jar of suspected marijuana in plain view. Officer MURRAY received

information from the campground employees confirming the campsite was only reserved for one

night. Officer MURRAY also received information that the campsite was reserved in JACOB

DOTSON's name. Yellowstone National Park Dispatch confirmed that JACOB DOTSON was

currently in custody in Mammoth Jail for Possession of a Controlled Substance.

Officer MURRAY then completed an inventory of the abandoned property. The inventory

produced 10.4 grams of marijuana, .4 grams of LSD, 7 grams of Hash, 6 Commercial packages of

THC Concentrate/Hash, 5 small glass containers of Hash Oil, 1 baby bottle containing suspected

cough syrup, 1 small plastic bag of an unidentified powder substance, 1 clear plastic capsule

containing an unidentified powder, 6 Clonazepam 0.5mg pills, 2.5 Alprazolam 2mg pills, and 2

Alprazolam 0.5mg pills. Each of these pills contain a Schedule IV controlled substance under 21

U.S.C. § 812.


Dated this 11<u>th</u> day of July, 2017

JOHN R. GREEN
Acting United States Attorney

By:

Francis Leland Pico
Assistant United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**    **JACOB DOTSON**

**DATE:**                         **JULY 11, 2017**

**INTERPRETER NEEDED:**           _____Yes        ___x__No

THE GOVERNMENT, PURSUANT TO RULE 18 F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS THE TRIAL BE HELD IN:

_____Cheyenne          _____Casper  _____Lander   _X___ No Preference

**VICTIM:**              _____Yes      ___x__No

**OFFENSE:**       **SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE**

**(21 USC § 844)**

PENALTY:         1,000 FINE – 5 YEARS UNSUPERVISED PROBATION – 5 YEAR BAN FROM YELLOWSTONE NATIONAL PARK

**Agent:**    **JACOB OLSON**

**AUSA:**     **LEE PICO**

**ESTIMATED TIME OF TRIAL:**  __0___1–5 days          _____more than five days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

_____Yes      __X___NO

The Court should not grant bond because the

Defendant is not bondable because there are

detainers from other jurisdictions:

_____Yes      ___X__NO