

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**
1:29 pm, 7/11/17
U.S. Magistrate Judge

UNITED STATES OF AMERICA
    Plaintiff

☑ Violation Notice  ☑ Information  ☐ Complaint

vs

Case Number   5:17-CR-148-MLC
                          5:17-PO-455-MLC

JACOB C. A. DOTSON
    Defendant

Ct. 1) of Superseding Information

Citation Number
Ct. 1) Information
6538805
6538806

Violation Charged
Ct. 1) 36CFR4.21(c) Operate vehicle in excess of posted speed limit. To wit 61/45

Ct. 2) 36CFR2.35(b)(2) Possession of a controlled substance; to wit marijuana.

Date Violation Notice Issued   7/11/2017 and 7/8/2017

Place   YNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time   10:01-10:42 AM      Interpreter

Date   July 11, 2017      Interpreter Telephone

Before the Honorable   Mark L. Carman

| Ryan Deuschle | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Sarah Danno | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on
☑ Appeared    ☐ By telephone
              ☐ Voluntarily    ☑ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☐ Attorney appearing
              ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived
☐ Court orders case continued to         at

Petty Offenses/Misdemeanors Minute Sheet
5:17-CR-148-MLC
5:17-PO-455-MLC

reason:

☐ Bail is set at
  ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount
☐ Conditions of release

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☑ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☑ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
  This consent was made   ☐ orally   ☑ in writing

☑ Informed of charges and rights      Date  July 11, 2017
☑ Defendant arraigned                 Date  July 11, 2017
☑ Court accepts plea      Defendant enters  ☐ Not Guilty Plea   ☑ Guilty
☐ Trial    Witnesses

☑ Disposition
  ☐ Not Guilty
  ☑ Guilty            Count One (1) of Information
  ☑ Dismissed         6538805 w/prejudice.
  ☐ Collateral Forfeited
  ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence       Date  July 11, 2017
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☑ Probation for a period of     Five (5) Years
  ☐ With Supervision    ☑ Without Supervision
☑ Special Conditions of Probation
  Obey all laws.
  Banned from entering YNP for term of Probation. Ban is effective 10PM on 7/11/2017.
☑ Fine      $1000         Payable 6/30/2018
☐ Restitution                 To
☐ Community Service           To
☑ Special Assessment  $25.00
☐ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☑ Other   U.S. Recommends: Plea of guilty to Ct. 1. $1000 Fine, $25 Special Assessment, 5 Year Unsupervised Probation, 5 year ban from Yellowstone National Park. Ct. 1 Violation Notice to be dismissed. Count 2 Violation Notice is superseded by information.

Petty Offenses/Misdemeanors Minute Sheet
5:17-CR-148-MLC
5:17-PO-455-MLC

Defendant to be released from custody.