# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | Case Number(s): 5:17-CR-148-MLC |
| --- | --- |
| vs | 5:17-PO-455-MLC |
| JACOB C. A. DOTSON | Defendant's Attorney(s)<br>PRO SE |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violation Count 1 of Information.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
| --- | --- | --- | --- |
| 21 U.S.C. §844 | Simple Possession of a Controlled Substance | 7/8/2017 | Count 1 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation 6538805 in 17PO455 is dismissed with prejudice on the motion of the United States.
Violation 6538806 in case 17PO455 is superseded by Information.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

July 11, 2017
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

7-11-2017
Date

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of five (5) years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant shall make special assessment, processing fee, restitution, community service and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations. All monetary impositions are to be paid in full by 6/30/2018.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for the term of probation. Ban is effective at 10:00PM on 7/11/2017.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| Count 1 NOTES: | $25.00 | | | | $1,000.00 | $1,025.00 |
| **Totals:** | $25.00 | | | | $1,000.00 | $1,025.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due by 6/30/2018, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

> The interest and penalties not be applied to fine and/or restitution.

Page 4 of 4

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full by 6/30/2018.

---

### MONETARY OBLIGATIONS / FORFEIT PROPERTY

$1,025.00 due in full not later than 6/30/2018. Payments for monetary obligations shall be made payable by check or money order to the Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001, and shall reference the defendant's case number, 5:17-CR-148-MLC.